IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
~~BRUNSWICK~~ Waycross DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2010 NOV 29 PM 1:59

CLERK _____
SO. DIST. OF GA.

MICHELLE Y SALLET
(Plaintiff)

vs                                            CIVIL ACTION NO. **CV510- 115**

MICHEAL P. BOGGS; (in his own capacity)
RICHARD E CURRIE; (in his own capacity)
MELANIE BRYANT; (in her own capacity)
WARE COUNTY MAGISTRATE OFFICE;
ETTA VARNADORE (in his own capacity)
WILLIAM E LINTON SR (in his own capacity)
WARE COUNTY SHERIFF OFFICE;
MICHEAL MERRITT; (in his own capacity)
WAYCROSS CITY POLICE DEPARTMENT;
SCOTT ROWELL; (in his own capacity)
AUSTIN EUGENE NIPPER; (in his own capacity)
ROBERT GEORGE WEISS JR; (in his own capacity)
(Defendants)

**COMPLAINT 3.5 MILLION DOLLARS & THE IMMEDIATE RETURN OF PROPERTY ILLEGALLY TAKEN, FOR FALSE ARREST; FALSE IMPRISONMENT; MALICIOUS PROSECUTION; DENIAL OF DUE PROCESS & EQUAL PROTECTION OF LAW; VIOLATION OF THE EIGHTH & FIFTH AMENDEMENTS; & CONSPIRACY AGAINST ONES RIGHTS**

Comes now the Plaintiff Michelle Y Sallet and files this her complaint for 3.5 Million Dollars & Immediate return of her private property, for false arrest; false imprisonment; malicious prosecution; denial of due process & equal protection of law; denial of due process & equal protection of law; violation of the eighth & fifth amendments; & conspiracy against ones rights for the following reason:

## CONSPIRACY OF ONES RIGHTS & MALICIOUS PROSCUTION

0n May 24$^{th,}$ 2010 Defendant Scott Rowell willfully with intent, falsified an "Affidavit" to the Magistrate Judge to illegally obtain a Search Warrant For Seizure of the Plaintiffs Private property. On May 24th, 2010 Defendant Austin Eugene Nipper willfully with intent, falsified an "Affidavit" to the Magistrate Judge to illegally obtain a Search Warrant of the Plaintiff private property. On May 28th Defendant Austin Eugene Nipper and officers of the Waycross Police Department and officers with the Ware County Sheriff's Office, etc, Stated as followed: Officers with the Waycross police Department have been conducting an investigation into the illegal drug activity, in Waycross-Ware County area, for the past six months. "Several controlled purchases of cocaine were made from Larry Wells and **Michelle Sallet**. Thus at the preliminary hearing on July 13th, 2010 Defendant Scott Rowell stated that they never made any official buys from the Plaintiff, thus making both the "Affidavit for Search Warrant and the Search Warrant for Seizure was illegally obtain through "False Swearing". Thus causing the Plaintiff to be illegally arrested and put in jail for 9 weeks, for (1) sale of Cocaine; (2) conspiracy to sell cocaine; (3) trafficking of cocaine; (4) possession of cocaine; (5) intent distribute cocaine. The Defendants do not have the Plaintiff on any sales or buys, Defendants don't have the Plaintiff on video or audio, the Defendants have "conspired against the Plaintiffs Constitutional rights both The Federal Constitution & The Georgia Constitution, Bill of rights; Thus the Defendants are going after the Plaintiff with **"Malicious"** intent thus making **"Malicious Prosecution"**. (there is an Audio Cassette of the preliminary hearing on July 13th, 2010)

## FASLE ARREST; FALSE IMPRISONMENT

On June 28th, 2010 Defendant Robert Georgia Weiss Jr. illegally secured Warrant under fraud and false swearing to the Magistrate Judge for: Sale of cocaine; conspiracy to sell cocaine. At the preliminary hearing on July 13th, 2010 in accordance to Defendant Scott Rowell there were "NO" purchase or sale made from the Plaintiff, the plaintiff was at work, At the time the allege crimes took place. The Plaintiff spent 9 weeks in jail for a crime she did not commit, thus making a False Arrest; False imprisonment.

On June 1st, 2010 Defendant Micheal Merritt illegally secured Warrant under fraud and false swearing to the Magistrate Judge for: trafficking cocaine; possession of cocaine; intent distribute cocaine, At the preliminary hearing on July 13th, 2010 in accordance to Defendant Scott Rowell there were "NO" purchase or sale made from the Plaintiff, the plaintiff was at work, at the time the allege crimes took place. The Plaintiff spent 9 weeks in jail for a crime she did not commit, thus making a False Arrest; False imprisonment. Cruel and Annual Punishment in violation of the Eighth Amendment of the U S Constitution to be force to stay in jail without a bond, is a direct violation of my constitutional rights. Also the Plaintiff was a Jailer (deputy) for 6 ½ years, the Plaintiff was put in general population in violation of the SOP (standard operation procedures), thus putting the Plaintiff life & well being in danger. This was done intentionally with malice.

## BOND DENIED

On June 1st, 2010 Bond was denied by Defendant Etta Varnadore., and on June 28th, 2010 2010 Defendant William E. Linton Sr. denied Plaintiff a Bond for the 2nd time in accordance with O.C.G.A 17-6-1(a) Magistrate Judges are not allowed to set bond, so in

accordance to law if they can't set bond then they can't deny it either. Thus it is out of their jurisdiction and in violation of the Plaintiffs Constitutional Right to bail, Bail is a matter of right, not upon discretion, Judges can only deny bail for the strongest reasons, capital felonies. Also in accordance where a Judge acts where he has "NO AUTHORITY" he or she commits "TREASON". Magistrate Judges or Using Court procedures to deny individuals Constitutional Rights to Bail, by hearing cases they have "NO JURISDICTION" over.

## WAIVER OF FOUTH AMENDMENT RIGHTS "UNCONSTITUTIONAL"

On July 20th, 2010 Defendant Micheal P. Boggs over step his authority to "COERCE" the plaintiff to waive her Fourth Amendment Right, as a condition of her bond, and the Defendant put the Plaintiff on a 7:00 am to 7:00 pm curfew, The State has no Authority over a person until after conviction not before. No one has authority over the supreme law of the land, no judge; no member of congress, not even the president himself, thus making this Conspiracy against ones Right, in violation of U. S. Title 18, section 241, a Federal Crime. Defendant Boggs basically was stating if the Plaintiff did not sign then she would not get out of jail. It would be the same if he put a gun to her head and force her to sign, No judge has the right to violate the Constitution, then a criminal has to violate the law. Conditions of your Bond can not over rule the Constitution, thus making the Defendant Boggs liable both criminally and civilly.

## PROPERTY ILLEGALLY TAKEN

### PROPERTY IN THE CUSTODY OF THE WARE COUNTY SHERIFFS OFFICE:

1. 2006 Chrysler 300, VIN #2C3KA43RH265076, TAG #HU88Y7
2. HP Laptop computer, Model #CQ60-419WM, Serial #2CE9201NJS
3. Phillips 32" television, Model #32PLF3504D/F7 Serial #DS1A0926207185
4. Aurora Shredder, Model #AS662C
5. Phillips DVD Player, Model #DVP3982/F7, Serial #KX1A0924695068
6. Sony DVD Player, Model #DV8-NS575P, Serial #5047430
7. Nintendo Wii, Serial #LU57489775
8. HP Computer Monitor, Model #PE1227, Serial #CNC4470Z52

### PROPERTY IN CUSTODY OF THE WAYCROSS POLICE DEPARTMENT

1. 2001 GMC YUKON, VIN # 1GKEC13T51R157467, TAG #NK6294
2. MISCELLANEOS JEWELRY

## MALICIOUS PROSECUTION

Defendant Melanie Bryant at the preliminary hearing on July 13th, 2010 stated that "Birds of a Feather, Flock Together" the Court of Law is no place for "Nursery Rimes" of fairy tales, this is conduct unbecoming of a public official and a direct violation of the Georgia Bar Associations and their code of ethics. Defendant Bryant is prosecuting this case with "MALICE" in her heart, under lies and deception of the truth; fraud and conspiracy to illegally bring charges against an innocent owner & innocent citizen. Defendant Richard D Currie illegally filed a complaint for forfeiture where an innocent owner of the property has been illegally charged by Defendant Melanie Bryant. They are engaged in conspiracy and treasons against the state of Georgia by filing illegal in rem forfeitures to take property from the Plaintiff whom is an RN, a single Mother of 3 kids, but they make deals with criminals to make their jobs easier, the law is suppose to be just and fair, equal and true.

## STATEMENT OF FACTS

The Plaintiff was arrested falsely on May 28th, 2010 for sale of cocaine; conspiracy to sell cocaine; trafficking cocaine; possession of cocaine; & intent distribute cocaine, but in accordance with the preliminary hearing on July 13th, 2010, Defendant Rowell stated they never made any sales or buys from the plaintiff, thus this illuminates the possession of cocaine, it's kind of hard to traffic cocaine when there was no cocaine present. Thus because of the fraud and deception of the Ware County Sheriff Department; Waycross Police Department; The Magistrate Office; and The Ware County District Attorney's office. The Plaintiff has suffered both emotionally and physically, the Plaintiff has lost her job as a RN and has suffered by losing her good standings in the community and has damaged her reputation that has caused her irreversible harm. The Plaintiff has lost property time and money from work and continues to suffer for the conspiracy against her rights. The Plaintiff was arrested on May 28th, 2010 and was not given bail until July 20th, 2010, thus denying the Plaintiff bail in violation of her constitutional rights. Once the Plaintiff was given Bond by the Defendant Micheal P Boggs on July 13th, 2010. Defendant Boggs coerce the Plaintiff in waiving her Fourth Amendment Rights, by waiving her rights as a condition of her bond; it would be the same if he would have put a gun to her head to make her sign, No judge has authority over the constitution, and the State has no authority over a private citizen until after conviction, this is a direct violation of the supreme law of the land.  Officers with the Ware County Sheriff Department along with the Waycross City Police Department along with other unknown officers, Illegally under fraud a deception Kicked in the plaintiff personal property (House) in the process damaged the door and door frame, trashed and destroyed the house and personal property inside, they also left the house, which is the private residence of the Plaintiff unsecured and trashed out. Their on standard operating

procedures (SOP) states they must put the house back or close to the way they found it.

### THE PLAINTIFF SEEKS DAMGES AND STIPULATIONS AS FOLLOWED

1. One million dollars from the Ware County Sheriff Department.
2. One million dollars from the Waycross Police Department.
3. One million dollars from the Ware County Magistrate Office.
4. One hundred and fifty thousand dollars from Etta Varnadore.
5. One hundred and fifty thousand dollars from William E. Linton Sr.
6. Fifty thousand dollars from Micheal Merritt.
7. Fifty thousand dollars from Robert G Weiss.
8. Fifty thousand dollars from Scott Rowell.
9. Fifty thousand dollars from Austin E Nipper.
10. A Judicial complaint file against Micheal P. Boggs; a permanent injunction order vacating his illegal stipulations on the conditions of Plaintiffs Bond, in which violates the Constitutional rights of the Plaintiff.
11. An immediate order to forcing the Defendants Richard D. Currie; Melanie Bryant; The Ware County Sheriff's Office; and the Waycross Police Department to release the Plaintiffs property that was illegally taken.
12. The Plaintiff asks this Honorable Court to issue an order of protection for her person and family as well as her private property that's in the custody of the Defendants.

**WHEREFORE: The Plaintiffs prays as followed:**

1. That this Honorable Court Grant a hearing the above-styled case as soon as possible.

2. That this Honorable Court issue an Order of Protection against the Defendants for her

3. protection and issue an order of protection against her private property illegally in the custody of the Defendant and or immediate release of her private property.

This 29th day of November, 2010.

Respectfully Submitted:

_Michelle Sallet_
Michelle Y Sallet, Pro-se
1950 Brogden Road
Waycross GA 31503

## CERTIFICATE OF SERVICE

I certify that I have served complete and correct copy(ies) of the foregoing documents upon the parties listed below upon approval by the United States Magistrate, will be delivered by the United States Marshal Services.

This 29th day of November, 2010.

Respectfully Submitted:

*Michelle Sallet*
Michelle Y Sallet, Pro-se

### PARTIES SERVED:

Ware County Sheriff Office
3487 Harris Road
Waycross GA 31503
(912) 287-4325

Ware County Magistrate Office
201 State Street
Waycross GA 31501
(912) 287-4373

Waycross Police Department
512 Oak Street
Waycross GA 31501
(912) 287-2921

Micheal P Boggs
800 Church Street
Waycross GA 31501
(912) 287-4373

Richard D Currie
306 Albany Avenue
Waycross GA 31501
(912) 287-4395

Melanie Bryant
306 Albany Avenue
Waycross GA 31501
(912) 287-4395

Micheal Merritt
3487 Harris Road
Waycross GA 31501
(912) 287-4325

Scott Rowell
512 Oak Street
Waycross GA 31501
(912) 287-2921

Austin Eugene Nipper
512 Oak Street
Waycross GA 31501
(912) 287-2921

Robert G. Weiss Jr.
512 Oak Street
Waycross GA 31501
(912) 287-2921

Etta Varnadore
201 State Street
Waycross GA 31501
(912) 287-4373

William E. Linton Sr
201 State Street
Waycross GA 31501
(912) 287-4373